UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:09-CR-00184 |
| | ) | CHIEF JUDGE HAYNES |
| GLENN OSBORNE HUMPHREY | ) | |

**MOTION TO RESET REVOCATION HEARING**

COMES NOW the United States of America, by and through Assistant United States Attorney Scarlett S. Nokes, and respectfully requests that the Court continue the supervised release revocation hearing in this matter currently set for August 1, 2014.

In support of the motion, counsel for the government, who has been in contact with the United States Probation Office, submits that the assigned probation officer will be out of the office on August 1 as well as from August 15 – 25, 2014.

Counsel for the government respectfully requests that the revocation hearing be continued to a date after August 25 that is convenient for the Court. Defense counsel does not object to this requested continuance.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Scarlett S. Nokes*
SCARLETT S. NOKES
Assistant United States Attorney